**Robert BOUDINOT, Plaintiff–Appellant**

v.

**POLK COUNTY; State of Iowa, Defendants–Appellees.**

No. 14–2839.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 20, 2015.

Filed: Jan. 22, 2015.

Robert Boudinot, Des Moines, IA, pro se.

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Robert Boudinot appeals the district court's [1] dismissal of his pro se action seeking damages and a new trial in connection with his 1991 voluntary manslaughter conviction. The district court construed the action as one brought under 42 U.S.C. § 1983, and found that relief was barred by the applicable statute of limitations and that the State of Iowa was immune from suit under the Eleventh Amendment. Following de novo review, *see Moore v. Sims,*

200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we affirm, *see* 8th Cir. R. 47B.

1. The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.